IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

JOSANNA K. AARON,

       Plaintiff,

                                                                                Civil Action No: 2:10-cv-0883

v.                                                                        Honorable Joseph R. Goodwin

FIA CARD SERVICES, INC.
f/k/a BANK OF AMERICA CORPORATION, and
CLIENT SERVICES, INC.,

       Defendants.

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

      This day came the Plaintiff, Josanna K. Aaron by Roger A. Jarrell and Turner & Johns, her counsel, and also came Defendant Client Services, Inc. by William W. Booker, its counsel, and Defendant FIA Card Services, Inc. f/k/a Bank of America Corporation, by Christopher Sears, its counsel, and jointly announced to the Court that a settlement had been reached between Plaintiffs and the Defendants in the above-referenced civil action

      Counsel then represented to the Court that, pursuant to the terms settlements reached among those parties, the parties had agreed to jointly submit to this Court this order dismissing with prejudice this Civil Action with prejudice in recognition of the settlement of the claims and causes of action asserted herein by Plaintiffs against Defendants

      The Court having considered the representations of counsel as evidenced by their signatures hereto and perceiving no reason why the joint motion ought not be granted, it is hereby:

      ORDERED, THAT ALL CLAIMS AND CAUSES ASSERTED BY PLAINTIFF AGAINST DEFENDANT DEFENDANTS IN THIS CIVIL ACTION ARE HEREBY DISMISSED WITH PREJUDICE BY REASON OF THE SETTLEMENT REACHED BY THE PARTIES WITH PLAINTIFF AND EACH DEFENDANT TO BEAR ITS OWN COSTS AND LEGAL FEES EXCEPT AS MAY BE OTHERWISE PROVIDED BY THE TERMS OF THE SETTLEMENT AGREEMENT EXECUTED BY THE THOSE PARTIES,

      IT IS FURTHER ORDERED, THIS CIVIL ACTION BE DISMISSED WITH PREJUDICE AND STRUCK FROM THE DOCKET OF THIS COURT.

      ENTERED this _____ day of _____, 2011.

                                                                                   _____
                                                                                  Chief Judge Joseph R. Goodwin
                                                                                  United States District Judge

JOINTLY SUBMITTED BY:

| | |
|---|---|
| **JOSANNA K. AARON**<br>By Counsel<br><br>*[signature]*<br>Roger A. Jarrell, II<br>Turner & Johns PLLC<br>216 Brooks Street, Suite 200<br>Charleston, WV 25301<br>*Counsel for Plaintiff*<br><br>*[signature]*<br>Christopher J. Sears WV Bar No. 8095)<br>Shuman, McCuskey & Slicer PLLC<br>P.O. Box 3953<br>Charleston, WV 25339<br>*Counsel for Defendant FIA Card Services, Inc<br>d/b/a Bank of America Corporation* | **CLIENT SERVICES, INC.**<br>By Counsel<br><br>*[signature]*<br>William W. Booker WV Bar No. 401<br>KAY CASTO & CHANEY PLLC<br>P. O. Box 2031<br>Charleston, WV 25327-2031<br>(304) 345-8900<br>*Counsel for Defendant Client Services, Inc.* |